**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JAMARR DURAN BRINKLEY,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:14-cv-00318** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** | ) | **By:  NORMAN K. MOON** |
| **Respondent.** | ) | **United States District Judge** |

For the reasons stated in the accompanying memorandum opinion, it is hereby
**ORDERED** that respondent's motion to dismiss (docket no. 3) is **GRANTED**; the above-referenced 28 U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the court's active docket.

Furthermore, finding that Brinkley has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

It is so **ORDERED**.

ENTER: This ___5th___ day of May, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE